UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PIMENTEL,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>    Respondent. | No. 2:17-cv-2278 CKD P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

    The application attacks a conviction issued by the California Superior Court of Orange County. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Orange County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: November 6, 2017

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

12/pime2278.108

1